

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00409-CR

| | | |
|---|---|---|
| Carmelo Ramirez Ponce | § | From the 89th District Court |
| | § | of Wichita County (52,098-C) |
| v. | § | July 23, 2015 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
        Justice Lee Ann Dauphinot